TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR RECONSIDERATION EN BANC








NO. 03-08-00679-CV





Tariq Majeed, Appellant


v.


Sajjad Hussain, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. D-1-GN-01-001209, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING





O R D E R

PER CURIAM

 The appellee Sajjad Hussain has filed a motion for reconsideration en banc. The
motion is denied.

 It is ordered December 22, 2010.



Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Henson and Rose;

 Dissenting Opinion by Justice Patterson;

 Justice Rose Not Participating